# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUNG YIL JO,<br><br>          Plaintiff,<br><br>     v.<br><br>SIX UNKNOWN NAMES AGENTS, et al.,<br><br>          Defendants.<br>_____/ | CASE NO. 1:06-cv-01816-OWW-LJO P<br><br>ORDER DISMISSING ACTION, WITH PREJUDICE<br><br>(Doc. 1) |

   Plaintiff filed this action on December 13, 2006. This action is duplicative of previously filed actions and shall be dismissed with prejudice.[1] 28 U.S.C. § 1915A. Plaintiff has filed multiple identical actions, as identified in footnote one, and the Court finds that the filing of this action was malicious and frivolous, and done for no other reason than to harass the Court and waste judicial resources.

   This action is HEREBY ORDERED DISMISSED, WITH PREJUDICE.

IT IS SO ORDERED.

**Dated:   December 19, 2006**            /s/ Oliver W. Wanger
emm0d6                          UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case number 1:06-cv-01714-OWW-LJO P, dismissed on December 1, 2006, and the case numbers set forth in the dismissal order, court document 3, lines 11-14, page 3.

1